United States District Court
Southern District of Texas
ENTERED

JUL 29 1998

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 24 1998

Michael N. Milby, Clerk of Court

| | |
|---|---|
| CATARINO VILLANUEVA, JOE ACEVEDO, JAMES RUNYAN, GEORGE DE LA FUENTE, MARY LOU VILLANUEVA, VICKIE PEREZ, CINDY GARZA, and CLAUDIA GONZALEZ<br>    Plaintiffs<br><br>v.<br><br>WACKENHUT CORRECTIONS CORPORATION,<br>    Defendant | CIVIL ACTION NO. B-97-181 |

## ORDER STAYING PROCEEDINGS PENDING MEDIATION

The Agreed Motion to Stay Proceedings Pending Mediation is hereby GRANTED.

1.    The final motion deadline of July 27, 1998 is postponed until twelve (12) days after the conclusion of the medication, if a settlement is not reached.

2.    The Joint Pretrial Order deadline is postponed until twenty-five (25) days after the conclusion of the mediation, if a settlement is not reached.

SIGNED this 24th day of July, 1998.

_____
PRESIDING JUDGE

3