10

United States District Court
Southern District of Texas
ENTERED
JUL 29 1998
Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 24 1998
Michael N. Milby, Clerk of Court

| | |
|---|---|
| CATARINO VILLANUEVA, et. al, § | |
| Plaintiffs § | |
| § | |
| v. § | CIVIL ACTION NO. B-97-181 |
| § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION, § | |
| Defendant § | |

## CONSENT TO PROCEED BEFORE MAGISTRATE BLACK

All parties to this case waive their right to proceed before a district judge and consent to have United States Magistrate Judge Black conduct all further proceedings, including the trial and judgment. 28 U.S.C. 636(c).

Respectfully submitted,

LAW OFFICE OF JAMES A. HERRMANN

/s/ James A. Herrmann by permission
James A. Herrmann
State Bar No. 09541500
1205 E. Tyler, P.O. Box 2541
Harlingen, Texas 78551-2541
Telephone: (956) 421-5776
Telecopier: (956) 421-5779
Attorney for Plaintiffs

BRUCKNER & SYKES, L.L.P.

/s/
Richard J. Burch
State Bar No. 24001807
5847 San Felipe, Suite 3900
Houston, Texas 77057
Telephone: (713) 877-8788
Telecopier: (713) 877-8065
Attorney for Defendant

## ORDER TO TRANSFER

This case is transferred to United States Magistrate Judge Black to conduct all further proceedings, including final judgment.

_____
July 24 1998
Date

_____
United States District Judge