12

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

### ORDER

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CATARINO VILLANUEVA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-181 |
| § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION § | |

TYPE OF CASE:        __X__ CIVIL              ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**SEPTEMBER 9, 1999 AT 2:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:    AUGUST 2, 1999

TO:      MR. GEORGE POWELL
         MR. WILLIAM BRUCKNER