18

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 3 0 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATARINO VILLANUEVA, et. al, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION, | § | |
| Defendant | § | |

### -ORDER-

Before the Court is the Joint Motions to Dismiss filed by Plaintiffs Catarino Villanueva, Mary Lou Villanueva, George De La Fuente, Osvaldo Garza, Cindy Garza, and Defendant Wackenhut Corrections Corporation. After consideration of the parties' joint motion the Court is of the opinion that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all claims brought by Plaintiffs Catarino Villanueva, Mary Lou Villanueva, George De La Fuente, Osvaldo Garza and Cindy Garza, against Defendant Wackenhut Corrections Corporation in the above-entitled action shall be and are dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall be responsible for its own costs.

SIGNED this 26TH day of AUGUST, 1999.

JUDGE PRESIDING