19

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

SEP 0 3 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CATARINO VILLANUEVA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-181 |
| § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION § | |

TYPE OF CASE:        __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that the proceeding in this case has been continued as indicated below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**

DATE AND TIME PREVIOUSLY SCHEDULED:          CONTINUED TO DATE AND TIME:

**SEPTEMBER 9, 1999 AT 2:30 P.M.**                **SEPTEMBER 20, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   SEPTEMBER 3, 1999

TO:     MR. GEORGE POWELL
        MR. JAMES HERRMANN
        MR. WILLIAM BRUCKNER