24

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 20 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO VILLANUEVA, et. al, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION, | § | |
| Defendant | § | |

- **O R D E R** -

Before the Court is the Joint Motions to Dismiss filed by Plaintiffs Rogelio Barrera, James Runyan, Claudia Gonzalez, and Defendant Wackenhut Corrections Corporation. After consideration of the parties' joint motion the Court is of the opinion that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all claims brought by Plaintiffs Rogelio Barrera, James Runyan, Claudia Gonzalez, against Defendant Wackenhut Corrections Corporation in the above-entitled action shall be and are dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall be responsible for its own costs.

SIGNED this 20th day of SEPT, 1999.

_____
JUDGE PRESIDING

ClibPDF - www.fastio.com