25

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

**ORDER**

SEP 2 0 1999

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| CATARINO VILLANUEVA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

TYPE OF CASE:        __X__  CIVIL                                    ____  CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                          ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                  DATE AND TIME:

**OCTOBER 21, 1999 AT 1:30 P.M.**

_____
JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:      SEPTEMBER 20, 1999

TO:      MR. GEORGE POWELL
        MR. WILLIAM BRUCKNER