United States District Court
Southern District of Texas
ENTERED

OCT 13 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CATARINO VILLANUEVA, et. al, | § | |
| Plaintiffs | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION, | § | |
| Defendant | § | |

- **O R D E R** -

Before the Court is the Joint Motion to Dismiss filed by Plaintiff Vickie Perez and Defendant Wackenhut Corrections Corporation. After consideration of the parties' joint motion the Court is of the opinion that it should be in all respects GRANTED.

IT IS THEREFORE ORDERED that all claims brought by Plaintiff Vickie Perez against Defendant Wackenhut Corrections Corporation in the above-entitled action shall be and are dismissed with prejudice.

IT IS FURTHER ORDERED that each party shall be responsible for its own costs.

SIGNED this 13 day of OCT, 1999.

_____
JUDGE PRESIDING