29

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

OCT 2 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

## ORDER

| | | |
|---|---|---|
| CATARINO VILLANUEVA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION | § | |

TYPE OF CASE:     __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**

PLACE:                                                                 ROOM NO.:

**UNITED STATES FEDERAL COURTHOUSE**            **SECOND FLOOR COURTROOM, #2**
**600 E. HARRISON STREET**
**BROWNSVILLE, TEXAS**                                       DATE AND TIME:

**OCTOBER 27, 1999 AT 10:00 A.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 22, 1999

TO:     MR. GEORGE POWELL
        MR. JAMES HERRMANN
        MR. WILLIAM BRUCKNER