31

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

OCT 2 7 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CATARINO VILLANUEVA, ET AL. § | |
| § | |
| VS. § | CIVIL ACTION NO. B-97-181 |
| § | |
| WACKENHUT CORRECTIONS § | |
| CORPORATION § | |

TYPE OF CASE:      __X__ CIVIL                    ____ CRIMINAL

**TAKE NOTICE** that a proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**NOVEMBER 29, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE:   OCTOBER 27, 1999

TO:     MR. GEORGE POWELL
        MR. JAMES HERRMANN
        MR. WILLIAM BRUCKNER

ClibPDF - www.fastio.com