33

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

## ORDER

United States District Court
Southern District of Texas
ENTERED

DEC 0 1 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATARINO VILLANUEVA, ET AL. | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS CORPORATION | § § | |

TYPE OF CASE: __X__ CIVIL  ____ CRIMINAL

**TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:**

TYPE OF PROCEEDING:

**STATUS CONFERENCE**
(WILL NOT BE NECESSARY IF ALL SETTLEMENT DOCUMENTS HAVE BEEN FILED)
(ATTORNEYS WILL APPEAR IN PERSON IF SETTLEMENT DOCUMENTS HAVE NOT BEEN FILED)

PLACE:

**UNITED STATES FEDERAL COURTHOUSE
600 E. HARRISON STREET
BROWNSVILLE, TEXAS**

ROOM NO.:

**SECOND FLOOR COURTROOM, #2**

DATE AND TIME:

**DECEMBER 13, 1999 AT 1:30 P.M.**

JOHN WM. BLACK, U.S. MAGISTRATE JUDGE

DATE: NOVEMBER 30, 1999

TO: MR. GEORGE POWELL
    MR. JAMES HERRMANN
    MR. WILLIAM BRUCKNER