36

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
-BROWNSVILLE DIVISION-

United States District Court
Southern District of Texas
ENTERED

JAN 3 1 2000

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CATARINO VILLANUEVA, et. al, | § | |
| Plaintiffs, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. B-97-181 |
| | § | |
| WACKENHUT CORRECTIONS | § | |
| CORPORATION, | § | |
| Defendant. | § | |

## FINAL JUDGMENT

The Plaintiffs', Catarino Villanueva, Joe Acevedo, James Runyan, George de la Fuente, Mary Lou Villanueva, Vickie Perez, Cindy Garza, Claudia Gonzalez, Osvaldo Garza, and Rogelio Barrera, claims have been dismissed with prejudice. THEREFORE, IT IS ORDERED THAT this cause be dismissed in its entirety.

DONE at Brownsville, Texas on this 28th day of January, 2000.

John Wm. Black
United States Magistrate Judge